USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/8/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
136 FIELD POINT CIRCLE HOLDING      :
COMPANY LLC,                         :
                                     :   No. 21 Civ. 11076 (JFK)
                Plaintiff,           :
                                     :          ORDER
     -against-                       :
                                     :
ALEXANDER RAZINSKI, TANYA            :
RAZINSKI, and INVAR INTERNATIONAL    :
HOLDINGS, INC.                       :
                                     :
                Defendants.          :
------------------------------------X

**JOHN F. KEENAN, United States District Judge**:

  Before the Court is a letter request filed by the pro se individual Defendants in this case, Alexander Razinski and Tanya Razinski ("the Razinskis"), seeking a second extension to the deadline to answer, move, or otherwise respond to Plaintiff 136 Field Point Circle Holding Company, LLC's ("136 FPC") Amended Complaint. (See ECF No. 24.) The Razinskis aver that they are close to retaining counsel for themselves and the entity defendant, Invar International Holdings, Inc. ("Invar Holdings"), and request that the Court extend the current deadline to May 6, 2022. (Id.) 136 FPC opposes the Razinskis request, arguing "that [it] is simply a measure taken to delay this litigation and the ultimate resolution of this action." (ECF No. 25.)

Because the Razinskis are proceeding <u>pro se</u>, the Court will provide for a moderate extension to the current deadline. The Razinskis and Invar Holdings must answer, move, or otherwise respond to 136 FPC's Amended Complaint on or before April 25, 2022. The Razinskis are advised that no further extensions of this deadline will be granted.

**SO ORDERED.**

Dated:   New York, New York
        April 8, 2022

                                      John F. Keenan
                                  United States District Judge