**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------X
136 FIELD POINT CIRCLE HOLDING       :
COMPANY LLC,                         :
                                     :   No. 21 Civ. 11076 (JFK)
           Plaintiff,                :
                                     :        ORDER
     -against-                       :
                                     :
ALEXANDER RAZINSKI, TANYA            :
RAZINSKI, and INVAR INTERNATIONAL    :
HOLDINGS, INC.                       :
                                     :
           Defendants.               :
------------------------------------X

**JOHN F. KEENAN**, United States District Judge:

   The Court is in receipt of Alexander Razinski's and Tanya Razinski's ("the Razinskis") April 26, 2022, letter concerning their continued efforts to retain counsel for the entity defendant, Invar International Holdings, Inc. ("Invar Holdings"). (<u>See</u> ECF No. 27.) The Razinskis are advised that a default judgment will be entered against Invar Holdings if it fails to retain counsel and file an appearance on or before May 20, 2022.

**SO ORDERED.**

Dated:    New York, New York
          April 28, 2022

                                   _____
                                         John F. Keenan
                                   United States District Judge