```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                              :
136 FIELD POINT CIRCLE HOLDING COMPANY,                       :
LLC,                                                          :
                                                              :
                              Plaintiff,                      :       21 Civ. 11076 (JPC)
                                                              :
            -v-                                               :       NOTICE OF
                                                              :       REASSIGNMENT
ALEXANDER RAZINSKI, et al.,                                   :
                                                              :
                              Defendants.                     :
                                                              :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

This case has been reassigned to the undersigned.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at [https://www.nysd.uscourts.gov/hon-john-p-cronan](https://www.nysd.uscourts.gov/hon-john-p-cronan).**  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.  Any currently scheduled conference or oral argument before the Court is adjourned pending further order of the Court.  Counsel for all parties are hereby ORDERED to appear before the undersigned for a conference on October 4, 2022, at 4:00 p.m. by teleconference.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.  Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

Additionally, within two weeks of the filing of this Order, the parties are hereby ORDERED to file on ECF a joint letter, described below, updating the Court on the status of the case.  Counsel should be prepared to discuss these topics on October 4, 2022 as well.  The joint letter shall not exceed five (5) pages, and shall provide the following information, to the extent it is relevant, in separate paragraphs:

  (1) A brief statement of the nature of the action and the principal defenses thereto;

  (2) A brief explanation of why jurisdiction and venue lie in this Court;

  (3) A brief description of all outstanding motions and/or all outstanding requests to file motions;

  (4) A brief description of any discovery that has already taken place, and that which will be necessary for the parties to engage in meaningful settlement negotiations;

  (5) A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

  (6) The estimated length of trial; and

  (7) Any other information that the parties believe may assist this Court in resolving the action.

If this case has been settled or otherwise terminated, counsel are not required to submit such letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the joint letter submission deadline, using the appropriate ECF Filing Event.  *See* SDNY ECF Rules & Instructions §§ 13.17-13.19, *available at* http://nysd.uscourts.gov/ecf_filing.php.  In accordance with the Court's Individual Rules and Practices, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or scheduled appearance, absent compelling circumstances.  The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

  SO ORDERED.

Dated: September 8, 2022
   New York, New York

                   _____
                     JOHN P. CRONAN
                  United States District Judge