UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2023

136 FIELD POINT CIRCLE HOLDING COMPANY, LLC,

                    Plaintiff,

-v.-

ALEXANDER RAZINSKI, et al.,

                    Defendants.

21 Civ. 11076 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for a video conference, via Microsoft Teams, on March 20, 2023 at 1:30 PM, to address, among other things, Attorney Cynthia Lobo's motion to withdraw as attorney for Defendant Invar International Holdings, Inc, ECF No. 41.  The parties will receive log-in credentials via email.  The public listen-only line may be accessed by dialing 646-453-4442 and entering Conference ID: 571 012 736#.

    SO ORDERED.

Dated: March 3, 2023
       New York, New York

                                          JENNIFER H. REARDEN
                                          United States District Judge