**BAKER, LESHKO, SALINE & DRAPEAU, LLP**
*Attorneys for Plaintiff*
**One North Lexington Avenue**
**White Plains, New York 10601-1712**
**914.681.9500**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| 136 FIELD POINT CIRCLE HOLDING COMPANY, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>ALEXANDER RAZINSKI, TANYA RAZINSKI, and INVAR INTERNATIONAL HOLDINGS, INC.,<br><br>Defendants. | 21 Civ. 11076 (JHR)<br><br>**NOTICE OF MOTION** |

**C O U N S E L O R S:**

    **PLEASE TAKE NOTICE** that upon the annexed affidavit of Mitchell J. Baker, sworn to February 13, 2024, plaintiff 136 Field Point Circle Holding Company, Inc. will move this Court, at the Courthouse, 500 Pearl Street, New York, New York 10007, Courtroom 12B, at a date and time designated by this Court, for an Order pursuant to F.R.Civ.P. 41(b) granting 136 Field Point Circle Holding Company, LLC a default judgment in its favor against defendant Invar International Holding Company, Inc. for its failure to prosecute this action, (2) directing that a hearing be held for a determination of damages, and (3) together with such other, further and different relief this Court deems just.

Dated: White Plains, New York

1

Dated: White Plains, New York
February 15, 2024

                         BAKER, LESHKO, SALINE & DRAPEAU, LLP
                         *Attorneys for Plaintiff*

                         By: _____
                             Katie Wendle

To:

Alexander Razinski
Post Office Box 8184
White Plains, New York 10602
(Via ECF and Federal Express)

Tanya Razinski
Post Office Box 8184
White Plains, New York 10602
(Via ECF and Federal Express)