```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/08/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 136 FIELD POINT CIRCLE HOLDING CO., LLC, | |
| Plaintiff, | |
| -against- | 21-CV-11076 (MMG) |
| ALEXANDER RAZINSKI et al., | **NOTICE OF REASSIGNMENT** |
| Defendants. | |

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the dates and deadlines set forth in Dkt. No. 62. Accordingly, whereas the parties have filed pretrial motions on the docket, briefs in opposition to the pretrial motions are due by **May 9, 2024**, and reply papers are due by **May 23, 2024**. Extensions are not likely to be granted.

    The Defendants and counsel for the Plaintiff must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: April 8, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge