## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

136 FIELD POINT CIRCLE HOLDING CO., LLC,

                Plaintiff,                21 **CIVIL** 11076 (MMG)

   -against-                           **JUDGMENT**

ALEXANDER RAZINSKI et al.,

                Defendants.

------------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 4, 2025, Plaintiff's motion for summary judgment regarding liability is GRANTED. The Razinskis' motions for summary judgment and to exclude Plaintiff's expert are DENIED. By no later than March 17, 2025, the parties shall submit letters informing the Court whether additional discovery is needed as to damages and the amount of attorneys' fees, and proposing next steps in this action.

**Dated:** New York, New York

     March 6, 2025

                                          **TAMMI M. HELLWIG**
                                          **Clerk of Court**

                      **BY:**

                                          _____
                                              **Deputy Clerk**