UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2025
```

136 FIELD POINT CIRCLE HOLDING
COMPANY, LLC,

                Plaintiff,

-against-

ALEXANDER RAZINSKI, et al.,

                Defendants.

21-CV-11076 (MMG)

**ORDER VACATING JUDGMENT**

MARGARET M. GARNETT, United States District Judge:

    On March 4, 2025, the Court granted summary judgment for Plaintiff on the issue of liability. *See* Dkt. No. 115. The Clerk of Court thereafter entered judgment in favor of Plaintiff solely as to liability, *see* Dkt. No. 117, and Defendants filed an appeal, *see* Dkt. No. 118. The Clerk's Judgment was premature because damages in this case have not yet been determined or assessed. The Clerk's Judgment is accordingly VACATED as it was entered in error.

    Defendants are directed to vacate or stay their appeal pending this Court's resolution of the outstanding issue of damages and the entry of a final judgment. Both parties are hereby ORDERED to follow Magistrate Judge Netburn's directives regarding scheduling and participation in the damages inquest that is before Judge Netburn, *see* Dkt. Nos. 120, 121.

Dated: April 22, 2025
       New York, New York

                              SO ORDERED.

                              _____
                              MARGARET M. GARNETT
                              United States District Judge