```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

136 FIELD POINT CIRCLE HOLDING
COMPANY, LLC,

                              Plaintiff,

          -against-

ALEXANDER RAZINSKI, et al.,

                              Defendants.

21-CV-11076 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

As noted in the Court's order dated October 23, 2025 (Dkt. No. 155), the Court will hold an evidentiary hearing in this case on December 3, 2025, limited **only** to the issue of whether Plaintiff deliberately sold the Property below its fair market value and thus failed to mitigate its damages in some amount. The parties were directed to disclose to each other the identity of any witness they intend to call at the hearing by November 3, 2025, and to disclose the same to the Court by November 25, 2025.

By email on October 30, 2025, Defendant Alexander Razinski disclosed to Plaintiff and the Court the names of ten witnesses that Defendants intend to call at the hearing. The Court has reviewed the proposed witness list, including the explanations provided as to the relevance of each potential witness, and has determined that the proposed questioning of several witnesses is not relevant to the narrow issue to be addressed at the hearing. Irrelevant testimony will not be permitted. Accordingly, Defendants may not call Jeremy Griffiths or Thomas Peterffy to testify. Additionally, the questioning of Nicholas Prouty must be limited to the topic of "the timeline of selling the Property, as it relates to the property's valuation and decisions made to the sale price the Property was marketed at and ultimately sold." And in view of his role as counsel for Plaintiff in this action, and the apparent availability of the same evidence from other witnesses, Mitchell Baker may not be called, but Defendants may renew their request upon a showing of specific need, only after all other witnesses have testified.

In no event is the December 3, 2025 hearing to exceed three hours. The parties should expect that the time will be divided equally, and they should plan their questioning accordingly.

Dated: October 30, 2025
       New York, New York

                                        SO ORDERED.

                                        MARGARET M. GARNETT
                                        United States District Judge