**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

136 FIELD POINT CIRCLE HOLDING
COMPANY LLC,

Plaintiff,

-against-

21 **CIVIL** 11076 (MMG)

**JUDGMENT**

ALEXANDER RAZINKSI, et al.,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2026, Plaintiff is awarded damages in the amount of $31,333,961.50; pre-judgment interest at the statutory rate from December 6, 2021, to the date of judgment in the amount of $13,590,354.64; and post-judgment interest beginning when judgment is entered; accordingly, the case is closed.

**Dated:** New York, New York

September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**